# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**JAMES LUCIEN**
*Plaintiff*

v.

**JOHN BRAZIL, ET AL.**
*Defendant*

Civil Action No.:
**1:24−CV−11341−RGS**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William Mahoney
25 Lennon Ct., Apt. 23
Boston, MA 02127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark Loevy-Reyes
Loevy + Loevy
398 Columbus Ave., Ste 294
Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ − Nilsa Barbosa**
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SUMMONS
DISTRICT OF MASSACHUSETTS

**ISSUED ON 2024−05−21 15:12:24**, Clerk USDC DMA

Case 1:24-cv-11341-RGS Document 3 Filed 05/21/24 Page 2 of 2

Civil Action No.: **1:24–CV–11341–RGS**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) William Mahoney c/o Joan Mahoney

was received by me on (date) 6-23-24.

☒ I personally served the summons on the individual at (place) 25 Lennon Ct Apt. 23 South Boston, MA on (date) 6-27-24 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)____________

__________________, a person of suitable age and discretion who resides there,

on (date) ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)__________________, who is designated by law to accept service of process on behalf of (name of organization)____________

__________________ on (date) ____________; or

☐ I returned the summons unexecuted because__________________; or

☐ Other (specify) :

My fees are $ _______ for travel and $_______ for services, for a total of $__________.

I declare under penalty of perjury that this information is true.

6-27-24
Date

Maria C Souto
*Server's Signature*

MARIA C SOUTO
*Printed name and title*

PO Box 366306
Boston, MA 02136
*Server's Address*

Additional information regarding attempted service, etc: