UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LUCIEN,<br><br>                                        Plaintiff,<br><br>v.<br><br>BOSTON POLICE OFFICERS JOHN BRAZIL, GEORGE FOLEY, WILLIAM MAHONEY, BRIAN BLACK, ROBERT MANNING, WILLIAM BRATTON, JOSEPH V. SAIA, Jr., ROBERT P. DUNFORD, JOSEPH DUNFORD, EDWARD J. McNELLEY, HAROLD C. PREFONTAINE, and UNKNOWN BOSTON POLICE OFFICERS, and the CITY OF BOSTON,<br><br>                                        Defendants. | Civil Action No. 1:24-CV-11341-RGS |

## DEFENDANT CITY OF BOSTON'S STATUS REPORT ON SERVICE

Pursuant to the Court's July 19, 2024 Order, Defendant City of Boston ("City") writes to respectfully provide this status report:

1. On July 19, 2024, the Court Ordered "the City to make best efforts within the next thirty days to serve defendants John Brazil, Robert Manning, William Bratton, and Joseph Dunford with a copy of the Complaint in this matter." ECF No. 16.

2. On August 5, 2024, John Brazil returned a waiver of service. ECF No. 20.

3. On August 14, 2024, the Court granted in part Plaintiff's motion for an extension of time to comply with Fed. R. Civ. P. 4(m) and serve the individual Defendants who have not been served. ECF No. 23. Specifically, the Court granted Plaintiff an extension of time until September 13, 2024, to make service on Defendants Manning, Dunford, and Bratton. *Id.*

4. The undersigned defense counsel, Attorneys Whitesell and Frank, represent William Bratton in this matter. Bratton has received a copy of the Complaint.

- 2 -

5.  The City has made efforts to obtain current service addresses for Robert Manning and Joseph Dunford. To date, however, the City's efforts have been unsuccessful.

6.  In light of the Court's extension of Plaintiff's time to make service until September 13, 2024, the City will continue its best efforts to locate Manning and Dunford until September 13, 2024. To the extent the City finds and serves either Manning, Dunford, or both before Plaintiff does, the City will thereafter update Plaintiff and the Court.

The City thanks the Court for its consideration of this matter.

Dated: August 21, 2024

Respectfully submitted,

**DEFENDANT CITY OF BOSTON,**

by its attorney,

Adam N. Cederbaum
*Corporation Counsel*

/s/ Jeffrey Frank

Jeffrey F. Frank (BBO # 714072)
*Assistant Corporation Counsel*
Edward F. Whitesell, Jr. (BBO # 644331)
*Senior Assistant Corporation Counsel*
City of Boston Law Department
1 City Hall Square, Room 615
Boston, MA 02201
(617) 635-4031 (Frank)
(617) 635-4045 (Whitesell)
jeffrey.frank@boston.gov
edward.whitesell@boston.gov

- 3 -

## CERTIFICATE OF SERVICE

      I, Jeffrey F. Frank, hereby certify that on **August 21, 2024**, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by First Class Mail to all non-registered participants.

                                                                                           /s/ Jeffrey F. Frank  
                                                                                          Jeffrey F. Frank