**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JAMES LUCIEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRAZIL, *et al*.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:24-cv-11341<br><br><br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BRAZIL**

Plaintiff, JAMES LUCIEN, under Federal Rule of Civil Procedure 55, moves for entry of a default judgment against Defendant BRAZIL as follows:

1. Plaintiff filed his complaint on May 21, 2024. Dckt. No. 1.

2. The Defendants named in the Complaint are John Brazil, George Foley, William Mahoney, Brian Black, Robert Manning, William Bratton, Joseph V. Saia, Jr., Robert P. Dunford, Joseph Dunford, Edward J. Mcnelley, Harold C. Prefontaine, Unknown Boston Police Officers, and The City of Boston, *Id*.

3. Defendants City of Boston, Black, Bratton, Saia, Rober Dunford, and Edward McNelley all filed timely appearances and/or otherwise responded to the Complaint. Dckt. No. 14, 32-33, 35-38.

4. Defendant Brazil was served with a Summons and Complaint on July 31, 2024 and returned a waiver of summons on August 5, 2024 (Dckt. No. 20). Under the waiver, his deadline to answer was September 30, 2024. Dckt. No. 20; FED. R. CIV. P. 12.

5. Defendant Prefontaine was served with a Summons and Complaint by personal service on June 14, 2024. Dckt. No. 4. His deadline to answer the summons was on July 5, 2024. FED. R. CIV. P. 12.

6. Defendant Foley was served with a Summons and Complaint through service on his daughter on June 24, 2024. Dckt. No. 8. The deadline to answer the summons was on July 15, 2024. FED. R. CIV. P. 12.

7. Defendant Mahoney was served with a Summons and Complaint through service on Joan Mahoney on June 23, 2024. Dckt. No. 9. The deadline to answer the summons was on July 14, 2024. FED. R. CIV. P. 12.

8. Defendant Manning was served with a Summons and Complaint by abode service on June 23, 2024. Dckt. No. 26. The deadline to answer the summons was July 15, 2024. FED. R. CIV. P. 4.

9. For Defendants Brazil, default judgment should be entered without delay because he personally received process to answer Plaintiff's Complaint. Defendant Brazil further acknowledged his knowledge of this case by signing a waiver. Defendant Brazil's wife also contacted Plaintiff about the need to answer.

10. Plaintiff will, as a matter of course, serve this motion on Defendant Brazil through his last known address. Plaintiff proposes that a hearing be scheduled on Plaintiff's damages.

11. On October 17, 2024, Plaintiff's counsel advised Defendants' counsel who have appeared of Plaintiff's intention to file this motion on or before close of business on October 21, 2024. On October 21, 2024, the parties conferred and were unable to reach agreement on these issues as to Defendants Brazil and Manning because Defendant City of Boston has not been in contact with either Defendant. Defendant City of Boston has been in contact with Defendants

Prefontaine and Joseph Dunford and believes that its counsel may timely file an answer to Plaintiff's Amended Complaint.

12. Because the amount of Plaintiff's claim is not for a sum certain and damages must be determined in this case, Plaintiff "must apply to the court for a default judgment," and a hearing, at least on damages, will likely be necessary. FED. R. CIV. P. 55(b)(2); *see also generally Securities & Exchange Comm'n v. Tropikgadget FZE.*, No. 15 C 10543-ADB, 2016 WL 4555595 (D. Mass. Aug. 31, 2016) (outlining the legal standards for a default judgment).

13. Plaintiff will serve this motion by United States Postal Service on Defendants Brazil.

14. Plaintiff is told that Defendants Foley and Mahoney are deceased and he will file a separate motion as to those Defendants.

15. Counsel for Defendant City of Boston advised that it had no record that Defendant Manning was ever a City of Boston employee.

WHEREFORE, Plaintiff James Lucien moves the Court, under Federal Rule of Civil Procedure 55, for entry of a default judgment against Defendants Brazil. Plaintiff further asks that the Court schedule a hearing for the amount of damages to be assessed against Defendant Brazil.

RESPECTFULLY SUBMITTED,

JAMES LUCIEN

BY: /s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*

Mark Loevy-Reyes, BBO No. 707974
Meg Gould
LOEVY & LOEVY
398 Columbus Avenue, Suite 294
Boston, MA 02116
(312) 243-5900
mark@loevy.com

**CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on October 21, 2024, I filed the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BRAZIL using the Court's CM/ECF system, which effected service on all counsel of record. I also caused this motion to be served on the following individuals at the following addresses by first class mail with the United States Postal Service on October 21, 2024:

John Brazil
Pond Street, Apt. 10
Winthrop, MA 02152

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*