IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LUCIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:24-cv-11341 |
| v. ) | |
| ) | |
| JOHN BRAZIL, *et al*. ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

**REQUEST FOR NOTICE OF DEFAULT UNDER RULE 55(a)**

I, Margaret Gould, attorney for Plaintiff James Lucien, state that Defendant John Brazil was served with a Summons and Complaint on July 31, 2024 and returned a waiver of summons on August 5, 2024 (Dckt. No. 20). Under the waiver, his deadline to answer was September 30, 2024. Dckt. No. 20; FED. R. CIV. P. 12. Defendant Brazil has failed to serve a responsive pleading or otherwise defend as provided by rule. Defendant Brazil is therefore in default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, I request that a default be entered against Defendant Brazil in this action.

Dated: October 29, 2024                                     RESPECTFULLY SUBMITTED,

                                                            JAMES LUCIEN

                                                    BY:   /s/ Margaret Gould
                                                            *One of Plaintiff's Attorneys*

Mark Loevy-Reyes, BBO No. 707974
Margaret Gould*
LOEVY & LOEVY
398 Columbus Avenue, Suite 294
Boston, MA 02116
(312) 243-5900
gould@loevy.com
*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Margaret Gould, an attorney, hereby certify that on October 29, 2024, I filed the foregoing using the Court's CM/ECF system, which effected service on all counsel of record. I also caused this motion to be served on the following individuals at the following addresses by first class mail with the United States Postal Service on October 29, 2024:

John Brazil
Pond Street, Apt. 10
Winthrop, MA 02152

/s/ Margaret Gould
*One of Plaintiff's Attorneys*