UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**James Lucien**
    Plaintiff

    V.

CIVIL ACTION

NO. **1:24-cv-11341-RGS**

**Brazil et al**
    Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

    In accordance with the Court's Order entered November 15, 2024 [Doc. No. 67] it is hereby ORDERED that **William Bratton and Robert P. Dunford** in the above-entitled action be and hereby are DISMISSED.

By the Court,

11/15/2024
Date

/s/ Jacqueline Martin
Docket Clerk