UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LUCIEN,             ) | |
|     Plaintiff,         ) | |
| ) | |
| v.                        ) | C.A. NO. 1:24-cv-11341-RGS |
| ) | |
| JOHN BRAZIL, et al.,      ) | |
|     Defendants.       ) | |

**ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S SECOND MOTION FOR A DEFAULT (D.N. 79)**

On February 21, 2025, Plaintiff filed a renewed motion for a default against Defendant John Brazil (D.N. 79). With the ASSENT of the Plaintiff, Defendant Brazil is requesting to have the Court extend his response date to that motion up to and including Friday, March 21, 2025.

As more fully set out through his eleven count amended complaint (D.N. 42), Plaintiff James Lucien alleges his civil rights were violated resulting in his wrongful conviction for murder, armed robbery, and the unlawful possession of a firearm, among other harms. The Defendants are the City of Boston and numerous law enforcement officers who were either involved in the prosecution of Plaintiff or supervised those officers who were. The moving Defendant, John Brazil, is one of the law enforcement officers who is alleged by the Plaintiff to have engaged in the wrongful conduct leading to the conviction of Plaintiff.

Counsel for Defendant Brazil entered his appearance in this matter on March 1, 2025 (D.N. 80). In order to provide for a reasoned response to Plaintiff's effort to have Defendant Brazil defaulted, Counsel needs the additional time as requested through this motion.

For the reasons as set forth above, Defendant Brazil is respectfully requesting to have until March 21, 2025 to respond to the Plaintiff's Second Motion for a Default. Plaintiff ASSENTS to this motion.

                    Respectfully submitted,

                    The Defendant,
                    JOHN BRAZIL,
                    By his attorneys,

                    ROGAL & DONNELLAN, P.C.

                    /s/ Joseph G. Donnellan
                    Joseph G. Donnellan, BBO# 558060
                    100 River Ridge Drive, Suite 203
                    Norwood, Massachusetts 02062
                    (781) 255-1200

**March 5, 2025**          jdonnellan@rogalanddonnellan.com

## CERTIFICATE OF SERVICE

I, Joseph G. Donnellan, hereby certify that I served a copy of the foregoing ASSENTED TO MOTION FOR MORE TIME to all counsel of record, via ECF, and to those not so registered via 1st Class U.S. Mail, postage prepaid this 5th day of March, 2025.

                    /s/ Joseph G. Donnellan
                    Joseph G. Donnellan