UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 1:24-cv-11341-RGS

| | |
|---|---|
| JAMES LUCIEN, | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN BRAZIL, et al., | ) |
|        Defendants. | ) |

## **PARTIALLY ASSENTED TO MOTION TO CONTINUE TRIAL AND FOR LEAVE TO FILE UNDER SEAL**

NOW comes the Defendant John Brazil and with the ASSENT of the City of Boston

Defendants, moves that the Court continue the trial in this matter that has been scheduled for

June 8, 2026. The Plaintiff takes no position on this motion.

This is a police misconduct case brought by James Lucien against various members of the

Boston Police Department and the City of Boston alleging that his civil rights were violated

when he was convicted of the murder of Ryan Edwards. The Court has set this matter down for

trial on June 8, 2026. The Court previously moved this trial from May 18, 2026. For the

following reasons, the moving party is respectfully requesting that the trial be continued until a

date on or after September 28, 2026. In support, the moving party offers the following:

1. Attorney Joseph Donnellan, counsel for the Defendant John Brazil, is scheduled to be out of the office for the months of April and May while he undergoes medical treatment. His return to work date, on a part-time basis, is set for June 1, 2026. He is, at present, cleared to return full-time on July 1, 2026.

2. The return to work date for Attorney Donnellan is later than what he originally understood. The reasons for it are as set out in a note from his treating physician.

3. Counsel for the Plaintiff takes no position on this motion but notes that he is unavailable for a trial until late September 2026.

WHEREFORE, the Defendant John Brazil, with the Assent of the City of Boston Defendants respectfully request the following:

1) That leave be granted for Attorney Donnellan to file a medical note under seal as it contains personal and confidential information pertaining to his health care; and

2) That trial in this matter be continued to a date on or after September 28, 2026.

Respectfully submitted,

**DEFENDANT JOHN BRAZIL,**

by his attorneys,

By: /s/ Joseph G. Donnellan
Joseph G. Donnellan, BBO# 558060
Rogal & Donnellan, P.C.
100 River Ridge Drive, Suite 203
Norwood, MA 02062
(718) 255-1200
jdonellan@rogalanddonnellan.com


Assented to:

**DEFENDANTS CITY OF BOSTON,**
**BRIAN BLACK,**
**JOSEPH V. SAIA, JR.,**
**JOSEPH DUNFORD,**
**EDWARD J. McNELLEY,**
**and HAROLD C. PREFONTAINE,**

by their attorneys,

Michael Firestone,
*Corporation Counsel*

2

By: /s/ Edward F. Whitesell, Jr.
Edward F. Whitesell, Jr. (BBO # 644331)
*Senior Assistant Corporation Counsel*
Nicole Gemba (BBO#707216)
City of Boston Law Department
1 City Hall Square, Room 615
Boston, MA 02201
(617) 635-4045 (EFW)
(617) 635-4048 (NEG)
edward.whitesell@boston.gov
nicole.gemba@boston.gov

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Joseph G. Donnellan hereby certify that, in accordance with Local Rule 7.1(a)(2), counsel for the Parties conferred by e-mail on April 2, 2026, and attempted in good faith to resolve or narrow the issues raised by this motion. To that end, Counsel for the Plaintiff took no position on the motion and Counsel for the City of Boston Defendants assented to it.

/s/ Joseph G. Donnellan
Joseph G. Donnellan

### CERTIFICATE OF SERVICE

I, Joseph G. Donnellan, hereby certify that on April 2, 2026, a true and correct copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by First Class Mail to all non-registered participants.

/s/ Joseph G. Donnellan
Joseph G. Donnellan

3