UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-11341-RGS

JAMES LUCIEN

v.

JOHN BRAZIL

October 14, 2026

STEARNS, D.J.

VERDICT SLIP

Q.1. Do you find by a preponderance of the evidence that Officer John Brazil deprived James Lucien of his right to due process by suppressing exculpatory and/or fabricating inculpatory evidence that may have influenced the outcome of his trial?

A.1. Yes ___yes___ No ______

Please answer Q.2.

Q.2. Do you find by a preponderance of the evidence that Officer John Brazil maliciously caused a prosecution of James Lucien for the murder of Ryan Edwards to be instituted without probable cause?

A.2. Yes ______ No ___NO___

Please answer Q.3.

Q.3. Do you find that Officer John Brazil conspired with fellow

officers to violate the civil rights of James Lucien?

A.3. Yes ______________ No NO

If any one or more of the answers to Qs. 1, 2, and 3 is "Yes," please answer Q.4. If the answer to all three questions is "No," you have reached a verdict.

Q.4. Do you find by a preponderance of the evidence that the conduct of John Brazil was a proximate cause of James Lucien's injuries?

A.4. Yes Yes No ______________

If the answer to Q.4 is "Yes," please answer Q.5. If the answer to the question is "No," you have reached a verdict.

Q.5 What sum of money will fairly and reasonably compensate James Lucien for the violation of his federal civil right(s)?

A.5. $ 3,000,000

three million dollars
(Amount in Words)

I certify that the foregoing answers are the unanimous answers of the jury. Cassandra Colon[illegible]

Foreperson

Dated: 10/14/26